IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GRIEL BLACKMON, | ) | |
| | ) | 8:06CV711 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **MEMORANDUM** |
| MICHAEL J. ASTRUE, | ) | **AND ORDER** |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff has filed a motion (filing 22) for leave to submit a reply brief *instanter* and has appended the reply brief to the motion as an attachment. Because the court previously issued an order (filing 20) allowing Plaintiff to submit such a reply brief, I shall deny the motion as moot. However, for the sake of clarity in the court's electronic case file, I shall direct Plaintiff's counsel to file the reply brief separately.

IT IS ORDERED:

1. Plaintiff's motion (filing 22) for leave to submit a reply brief *instanter* is denied as moot;

2. Plaintiff's counsel shall electronically file Plaintiff's reply brief on or before July 27, 2007.

July 19, 2007.                    BY THE COURT:
                                  s/ *Richard G. Kopf*
                                  United States District Judge